WILLIAM ALCUTT, PLAINTIFF IN ERROR, v. BOARD OF POLICE COMMISSIONERS OF THE CITY OF TRENTON, DEFENDANT IN ERROR.

Submitted December 10, 1901—Decided March 3, 1902.

On error to the Supreme Court.

For the plaintiff in error, *John H. Backes.*

For the defendant in error, *Charles E. Bird* and *John Rellstab.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Garretson. 37 *Vroom* 173.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, HENDRICKSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES. 12.

*For reversal*—None.